UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, AS BROADCAST LICENSEE OF THE SEPTEMBER 16, 2017 GENNADY GOLOVKIN V. SAUL ALVAREZ IBF WORLD MIDDLEWEIGHT CHAMPIONSHIP FIGHT PROGRAM, | § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-20-3183 |
| CIELO LATIN BAR, INC., INDIVIDUALLY, AND D/B/A CIELO LATIN BAR, AND D/B/A CIELO; DIEGO MANOBANDA, INDIVIDUALLY, AND D/B/A CIELO LATIN BAR, AND D/B/A CIELO; AND MARIO VSEAN KIMBROUGH, INDIVIDUALLY, AND D/B/A CIELO LATIN BAR, AND D/B/A CIELO, | § § § § § § § § | |
| *Defendants*. | § § | |

## ORDER

Pending before the court is plaintiff G&G Closed Circuit Events, LLC, as Broadcast Licensee of the September 16, 2017 Gennady Golovkin v. Saul Alvarez IBF World Middleweight Championship Fight Program's ("G&G") request for entry of default (Dkt. 11) and motion for default judgment (Dkt. 12), and defendant Mario Vsean Kimbrough's motion for extension of time to answer (Dkt. 13). None of the parties have responded to any of the pending motions, but the court is capable of resolving the motions without responses. After reviewing the request, motions, and applicable law, the court is of the opinion that G&G's request for entry of default and motion for default judgment should be DENIED, but that Kimbrough's motion for extension of time should be GRANTED.

While it is true that the defendants all failed to answer or otherwise respond to this suit within the period prescribed by the federal rules, all three defendants now have an answer on file. Therefore, in the interest of justice, the court will proceed with the case in the ordinary manner.

The court makes the following rulings:

- G&G's request for entry of default (Dkt. 11) is DENIED.
- G&G's motion for default judgment (Dkt. 12) is DENIED.
- Kimbrough's motion for extension of time to answer (Dkt. 13) is GRANTED, and the answer (Dkt. 14) filed by all three defendants is accepted.

Signed at Houston, Texas on February 5, 2021.

_____
Gray H. Miller
Senior United States District Judge